# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### CLERK'S CERTIFICATE OF ACTION TAKEN ON PLAINTIFF(S) REQUEST FOR ENTRY OF DEFAULT

New York State Gaming Commission

      vs.            CASE NUMBER: **1:22-CV-1140 (DNH/DJS)**

Anabelle Eckert and Brian Wood Exclusive, Inc.

    I, JOHN M. DOMURAD, CLERK, by Joanne Blekoski, Deputy Clerk, certify that I have reviewed the Court's docket and have determined that proof of proper service for the above parties against whom judgment is being sought has been filed and that this party has not appeared in the action. Accordingly, entry of default is hereby noted and entered on this 16th day of August, 2023 against Anabelle Eckert and Brian Wood Exclusive, Inc.

Dated:    August 16, 2023

Clerk of Court

By: s/ Joanne Blekoski

Deputy Clerk