**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

NEW YORK STATE GAMING COMMISSION,

                     Plaintiff,

                                       1:22-CV-1140
      v.                                 (DNH/DJS)

ARTEMIEV, *et al.*,

                     Defendants.

**APPEARANCES:**                  **OF COUNSEL:**

HESLIN ROTHENBERG FARLEY MESITI    BRETT M. HUTTON, ESQ.
Attorneys for Plaintiff               THOMAS L. SICA, ESQ.
5 Columbia Circle
Albany, New York 12203

**DANIEL J. STEWART**
**United States Magistrate Judge**

<u>**ORDER**</u>

      Plaintiff seeks an order from this Court permitting it to conduct discovery.  Dkt.

No. 28.  In this case, no Defendant has appeared and, as a result, no conference pursuant

to FED. R. CIV. P. 16 has been held to set a schedule for discovery.  Nor have the parties

held the conference required under Rule 26(f).  Rule 26(d)(1) prohibits a party from

seeking "discovery from any source" prior to that Rule 26(f) conference, absent a court

order.  Here, the interests of justice warrant permitting Plaintiff to engage in the limited

discovery it now seeks.  Therefore, the Court grants the Motion for leave to conduct

discovery through the service of the two subpoenas provided with the Motion.

- 1 -

Under FED. R. CIV. P. 45(a)(4), Plaintiff is required to provide notice to all parties of its intent to service subpoenas. Here, while no party has officially appeared in the action, counsel for Plaintiff has been in communication with attorneys who have indicated that they represent Defendants. Plaintiff's counsel is authorized to provide the notice required under Rule 45 to counsel with whom they have previously communicated on behalf of Defendants.

**ACCORDINGLY**, it is hereby

**ORDERED**, that Plaintiff's Discovery Motion (Dkt. No. 28) is **GRANTED**; and it is further

**ORDERED**, that the Clerk serve a copy of this Order upon the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated:   November 8, 2023
        Albany, New York

Daniel J. Stewart
U.S. Magistrate Judge

- 2 -