UNITED STATES DISTICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New York State Gaming Commission,<br><br>    *Plaintiff,*<br><br>    v.<br><br>Peter Artemiev; Anabelle Eckert; Brian Wood Exclusive, Inc.,<br><br>    *Defendants,* | Civil Action No: 1:22-cv-01140 (DNH/DJS) |

## NOTICE OF MOTION FOR DEFAULT JUDGMENT

  To all parties hereto and their attorneys of record:

PLEASE TAKE NOTICE that Plaintiff New York State Gaming Commission, by and through their undersigned counsel, will move this Court before the Hon. David N. Hurd, U.S. District Court Judge at the James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York for a default judgment as related to Defendants pursuant to Federal Rule of Civil Procedure 55(b) and Local Rule 55.2 including a permanent injunction, damages, and an award of costs and attorney's fees.

This Motion is supported by the accompanying Memorandum of Law, pleadings and such other evidence and arguments that the court may consider.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order of judgment in favor of Plaintiff, in a form substantially similar to the Proposed Order filed contemporaneously herewith.

Dated: March 14, 2024                    Respectfully submitted,

 

**s/Thomas L. Sica**  
Brett Hutton, Esq.  
Thomas L. Sica, Esq.  
HESLIN ROTHENBERG FARLEY & MESITI P.C.  
5 Columbia Circle  
Albany, NY 12203  
Telephone: (518) 452-5600  
Facsimile: (518) 452-5579  
Email: nick.mesiti@hrfmlaw.com  
Email: thomas.sica@hrfmlaw.com  

*Attorneys for Plaintiff, New York State Gaming Commission*